**CHRISTOPHER J. CHRISTIE**
United States Attorney
BY: RONALD WIGLER
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
(973) 645-2700

|  |  | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joel A. Pisano |
| v | : | Criminal No. 05-148 (JAP) |
| LUISA MEDRANO | : | NOTICE OF FORFEITURE |

**NOTICE IS HEREBY GIVEN,** that on September 12, 2005, in the above-captioned case, Luisa Medrano pled guilty to Count 24 and 25 of the Indictment for violations of 8 U.S.C. § 1324(a)(1)(A)(iii) and B(i).

**YOU ARE HEREBY NOTIFIED**, that on September 15, 2006, defendant, Luisa Medrano, agreed that pursuant to her plea agreement and as part of her acceptance of responsibility, she will forfeit to the United States the following property:

a.) All lot and parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 75 68th Street, Guttenburg, New Jersey 07093 in Hudson County, New Jersey, more particularly described as, Lot number 8, Block 33, District 10; and

b.) All lot and parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 2604 New York Avenue, Union City, New Jersey 07087 in Hudson County, New Jersey, more particularly described as, Lot number 3, Block 150, District 10.

**YOU ARE HEREBY NOTIFIED** that the United States intends to forfeit all right, title and interest that the Defendant, Luisa Medrano, has in the properties to the United States and to dispose of the property in such a manner as the United States Attorney General may direct.

These two properties were used to facilitate the commission of the Harboring crimes to which Defendant Luisa Medrano has pled guilty.

Pursuant to Title 21, United States Code, Section 853, anyone asserting a legal interest in either of these properties may, WITHIN THIRTY (30) DAYS of the final publication of notice or receipt of notice, whichever is earlier petition the United States District Court of New Jersey for a hearing to adjudicate the validity of any alleged legal interest in either of these properties. If a hearing is requested, it shall be held before the Court alone, without a jury.

THE PETITION must be signed by the petitioner under penalty of perjury, as established in 28 U.S.C. § 1745, and shall set forth the nature and extent of their right title or interest in each item of properties; the time and circumstances and their acquisition of the right, title, and interest in each item of properties; and any additional facts supporting their claim and the relief sought.

The petition shall be filed with the United States District Clerk, District of New Jersey as the following location: District Court Clerk's Office, Martin Luther King Federal Building, 50 Walnut Street, 4th Floor, Newark, New Jersey 07102. A copy of the petition also shall be served upon the United States as follows:

**RONALD WIGLER**
Assistant United States Attorney
United States Attorneys Office
District of New Jersey
970 Broad Street, 7th Floor
Newark, New Jersey 07102

ANY HEARING on the petition shall, to the extent practicable and consistent with the interest of justice, be held within thirty (30) days of filing of the petition. The court may consolidate the hearing on the petition with any other hearings requested on any other petitions filed by any other person other than the defendant named above,

YOU HAVE THE RIGHT at the hearing to testify and present evidence and witnesses who appear at the hearing.

IF YOU FAIL TO FILE A PETITION TO ASSERT ANY RIGHT, TITLE OR INTEREST YOU MAY HAVE IN THE ABOVE-DESCRIBED PROPERTIES, WITHIN THIRTY (30) DAYS OF THIS NOTICE, ANY RIGHT, TITLE AND INTEREST YOU MAY HAVE HAD IN THESE PROPERTIES SHALL BE LOST AND FORFEITED TO THE UNITED STATES. THE UNITED STATES THEN SHALL HAVE CLEAR TITLE TO THE PROPERTIES HEREIN DESCRIBED AND MAY WARRANT GOOD TITLE TO ANY SUBSEQUENT PURCHASER OR TRANSFEREE.

CHRISTOPHER J. CHRISTIE
United States Attorney

 s/ Ronald Wigler
By:  RONALD WILGER
Senior Litigation Counsel
Assistant United States Attorney

Dated: October 5, 2006

3